AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>AARON JAMES MILEUR<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21−mj−00292
Assigned To : Harvey, G. Michael
Assign. Date : 3/9/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ AARON JAMES MILEUR _____,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Digitally signed by G.
Michael Harvey
Date: 2021.03.09 13:00:52
-05'00'

Date:     03/09/2021                                 _____
                                                          *Issuing officer's signature*

City and state:     Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 3/9/21, and the person was arrested on *(date)* 3/16/21<br>at *(city and state)* Anchorage, AK.<br><br>Date: 3/16/21          _____<br>                                  *Arresting officer's signature*<br><br>                                  Marissa Taggart / Special Agent FBI<br>                                  *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21−mj−00292 |
| v. | ) | Assigned To : Harvey, G. Michael |
| AARON JAMES MILEUR | ) | Assign. Date : 3/9/2021 |
| DOB: XXXXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Marissa Taggart, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Digitally signed by G.
Michael Harvey
Date: 2021.03.09
13:02:42 -05'00'

Date: ___03/09/2021___

*Judge's signature*

City and state: _____Washington, D.C._____    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

Assigned To : Harvey, G. Michael
Assign. Date : 3/9/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

Your affiant, Marissa Taggart, is a Special Agent with the Federal Bureau of Investigation. Specifically, I am assigned to the Anchorage Field Office, Joint Terrorism Task Force. As part of my duties as an FBI Special Agent I investigate a variety of national security matters, including international and domestic terrorism. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 6, 2021, a complainant submitted a tip to the FBI National Threat Operations Center (NTOC) regarding AARON JAMES MILEUR. The complainant stated that on January 6, 2021, MILEUR posted on Facebook, photographs and video footage of himself inside the United States Capitol Building.

On January 11, 2021, the complainant was interviewed. The complainant stated that the Facebook photographs and video footage were posted onto MILEUR's Facebook account, at facebook.com/akman2469. The complainant was a Facebook friend with one of MILEUR's Facebook friends. The complainant provided the Facebook photographs and video footage of MILEUR in the United States Capitol Building. The Facebook video depicted MILEUR recording himself inside the United States Capitol Building.



A secondary complainant submitted a tip to the FBI NTOC with a video posted on Facebook by MILEUR. The video was posted to MILEUR's Facebook account as well as to the Facebook group called "Save Anchorage." The video does not depict MILEUR, however the video was recorded from inside the United States Capitol Building.



A Department of Motor Vehicles query revealed the Driver's License photograph belonging to MILEUR, who is a resident of Alaska. The FBI determined that MILEUR's Driver's License photograph, appear consistent with the Facebook photographs and video footage provided by the complainants.

On February 16, 2021, the FBI obtained records from a telecommunications provider revealing that the cellular phone number (***) ***-6505 belonged to MILEUR as the subscriber since November 25, 2015. Moreover, the FBI lawfully obtained information from Facebook, revealing that the subscriber associated with the abovementioned Facebook account was in fact MILEUR. In addition, the telephone number above – (***) ***-6505 – was connected to MILEUR's account too.

Based on the foregoing, your affiant submits that there is probable cause to believe that MILEUR violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official

functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MILEUR violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

SA Marissa Taggart
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th  day of March 2021.

Digitally signed by G.
Michael Harvey
Date: 2021.03.09
13:04:32 -05'00'

G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case: 1:21−mj−00292
Assigned To : Harvey, G. Michael
Assign. Date : 3/9/2021
Description: Complaint w/ Arrest Warrant

|                            |   |                                                      |
|----------------------------|---|------------------------------------------------------|
| **UNITED STATES OF AMERICA** | : |                                                    |
|                            | : | **VIOLATIONS:**                                      |
| **v.**                     | : |                                                      |
|                            | : |                                                      |
| **AARON JAMES MILEUR,**    | : | **18 U.S.C. § 1752(a)(1)**                            |
|                            | : | **(Restricted Building or Grounds)**                 |
| **Defendant.**             | : |                                                      |
|                            | : | **40 U.S.C. § 5104(e)(2)**                            |
|                            | : | **(Violent Entry or Disorderly Conduct)**            |

### ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   March 9, 2021

Digitally signed by
G. Michael Harvey
Date: 2021.03.09
13:03:22 -05'00'

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AARON JAMES MILEUR | ) |
| | ) |
| | ) |
| | ) |

Case: 1:21-mj-00292
Assigned To : Harvey, G. Michael
Assign. Date : 3/9/2021
Description: Complaint w/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                    AARON JAMES MILEUR                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/09/2021

Digitally signed by G.
Michael Harvey
Date: 2021.03.09 13:00:52
-05'00'

_Issuing officer's signature_

City and state:        Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____           _Arresting officer's signature_ |
| _Printed name and title_ |

 **COURTROOM 3** Quick Guide **MOBILE SYSTEMS** 

Three models of connecting to the Courtroom 3 virtual meeting room are highlighted below. Please contact the United States District Court, District of Alaska for a more detailed instructions guide.

**NOTE: Please be sure to avoid creating an audio loop and echo. Audio will begin to echo for all participants if you have two of the same audio sources playing in your location with one or more active microphones. Only have one active microphone and one active speaker source.**

**A. Web Link Only for Combined Video and Audio** - requires fast/reliable Internet connection

1. Open Chrome, Safari, and FireFox *(Not compatible with Microsoft Edge or Internet Explorer)*
2. Visit https://join.uc.uscourts.gov
   a. Meeting Number: **499202868**
   b. Passcode: **91567**
   c. Adjust speaker volume
   d. Verify microphone functions

**B. Web Link Video and Phone Audio** – combines web video with telephone audio

1. Open Chrome, Safari, or FireFox (Not compatible with Microsoft Edge or Internet Explorer)
2. Visit https://join.uc.uscourts.gov/
   a. Meeting Number: **499202868**
   b. Passcode: **91567**
   c. Once Connected: Turn completely down the device volume and mute the microphone

**\*To avoid echo you MUST turn down the device audio <u>and</u> mute the microphone.\***

3. Phone: 571-353-2300
   a. Call ID: **499202868**
   b. Pin: **91567**
   c. Mute Microphone unless you are actively speaking

**C. Phone Audio Only**

1. Phone: 571-353-2300
   a. Call ID: **499202868**
   b. Pin: **91567**
   c. Mute Microphone unless you are actively speaking

**More documentation online at https://www.akd.uscourts.gov/virtual-courtrooms**

Case 3:21-mj-00155-MMS    Document 2 *SEALED*    Filed 03/16/21    Page 1 of 1

CONFIDENTIAL

AO 466A (Rev. 7/18)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:21-mj-00155-MMS |
| | ) | |
| AARON JAMES MILEUR | ) | Charging District's Case No.  1:21-mj-00292-HGM |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my

☐  preliminary hearing and/or   ☐  detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     March 16, 2021

_Defendant's signature_

_Signature of defendant's attorney_

Ben W Muse
_Printed name of defendant's attorney_

AO467    (Rev. 1/09)  Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
## District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Number:  3:21-mj-00155-MMS |
| vs. | ) | |
| | ) | Charging District: DISTRICT OF COLUMBIA |
| AARON JAMES MILEUR | ) | Charging District's Case No.: 1:21-mj-00292-HGM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | | | |
|---|---|---|---|
| Place: | Washington, DC- Virtual proceeding<br>Before Magistrate Zia Faruqui<br>Meeting ID: 161 543 9875 / Passcode  926057 | Courtroom No.: | Virtual appearance via Zoom.gov |
| | | Date and Time: | 3/29/2021 1:00 PM EASTERN |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 3/16/2021

/s/ Deborah M. Smith
*Judge's signature*

Deborah M. Smith, Chief United States Magistrate Judge
*Printed name and title*

AO 199A (Rev. 06/19) Order Setting Conditions of Release — Page 1 of 3

# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.   3:21-MJ-00155-MMS |
| AARON JAMES MILEUR | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 407002.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  U.S. District Court
*Place*

Washington, DC

on  March 29, 2021  1:00 PM  *(9 A.M. Alaska time)*
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                                                Page 2 of 3

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

Custodian(s)                                     Date

Custodian(s)                                     Date

( ☒ )  (7)  The defendant must:

( ☒ )  (a)  submit to supervision by and report for supervision to the  U.S. Probation & Pretrial Services Office as directed by the probation officer, telephone number _____ , no later than _____ .

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☒ )  (d)  surrender any passport to: U.S. Probation/Pretrial Services

( ☒ )  (e)  not obtain a passport or other international travel document.

( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Alaska, Washington, D.C. and Maryland

( ☒ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

Participants in the alleged violent entry and disorderly conduct on Capitol Grounds Jan. 6, 2021

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☒ )  (l)  not use alcohol ( ☐ ) at all ( ☒ ) excessively.

( ☒ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner and prior notice is given to the Pretrial Sentence officer

( ☒ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☒ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed:

( ☒ )  (i)  **Curfew.**  You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☒ ) as directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ☒ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided:  ☒ Global Positioning System (GPS)   ☐ Radio Frequency (RF)   ☐ Soberlink

( ☒ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☒ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (s)  _____

( ☐ )  (t)  _____

AO 199C (Rev. 09/08) Advice of Penalties                                                                                    Page 3 of 3

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    **While on release, if you commit a federal felony** offense the punishment is an additional prison term of not more than ten years and for a **federal misdemeanor offense the punishment is an** additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, **in addition to)** to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  **The penalties for tampering, retaliation, or intimidation are significantly more** serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.



_____
Defendant's Signature

**Anchorage, Alaska**
City and State

## Directions to the United States Marshal

( ☐ ) The defendant may remain released on his/her own recognizance.
( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  3/16/21                          Deborah M. Smith
                                        Judicial Officer's Signature

                        Deborah M. Smith, Chief United States Magistrate Judge
                                        Printed name and title

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AARON JAMES MILEUR,<br><br>                         Defendant. | Case No. 3:21-mj-00155-MMS<br><br>**MOTION FOR EXTENSION OF DEADLINE TO PROVIDE THE COURT WITH NOTICE OF INTENT TO WAIVE JURISDICTION UNDER CRIMINAL RULE 58.** |

Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, moves this Court for an extension of the deadline to provide notice of his intent to waive jurisdiction under Criminal Rule 58 from close of business on March 18, 2021, to close of business on March 22, 2021. Mr. Mileur requests the deadline extension so that he can have additional time to consult with counsel—both in the District of Columbia and the District of Alaska—and to deliberate on his options.

DATED at Anchorage, Alaska this 18th day of March, 2021.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

<u>Certificate of Service:</u>

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 18, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Ben W. Muse*

*United States v. Aaron James Mileur*
Case No. 3:21-mj-00155-MMS                                                                      Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   vs.<br><br>AARON JAMES MILEUR,<br><br>                 Defendant. | Case No. 3:21-mj-00155-MMS<br><br>*Proposed* **ORDER RE MOTION FOR EXTENSION OF DEADLINE TO PROVIDE THE COURT WITH NOTICE OF INTENT TO WAIVE JURISDICTION UNDER CRIMINAL RULE 58.** |

After due consideration, Mr. Mileur's Motion for Extension of Deadline is GRANTED, and he shall have until close-of-business on March 22, 2021, to file a notice of intent to waive venue under Criminal Rule 58.

DATED this __ day of March, 2021, in Anchorage, Alaska.

                                       _____

                                       Deborah M. Smith, Magistrate Judge<br>                                       UNITED STATES DISTRICT COURT

Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAMES MILEUR,<br><br>Defendant. | Case No. 3:21-mj-00155-MMS<br><br>**MOTION FOR EXPEDITED CONSIDERATION RE [10]** |

Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, moves this Court for expedited consideration of the principal motion requesting an extension of time filed at Doc. 10. Expedited request is necessary because the deadline to file is by the close of business today, March 18, 2021[1], and additional time is needed.

DATED at Anchorage, Alaska this 18th day of March, 2021.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

---

[1] Docket No. 5.

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 18, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Ben W. Muse*

*United States v. Aaron James Mileur*
Case No. 3:21-mj-00155-MMS                                                                 Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAMES MILEUR,<br><br>Defendant. | Case No. 3:21-mj-00155-MMS<br><br>*Proposed* **ORDER RE MOTION TO EXPEDITE CONSIDERATION RE [10]** |

After due consideration of the defendant's Motion for Expedited Consideration re

[10], the motion is GRANTED.

DATED this __ day of March, 2021, in Anchorage, Alaska.


_____
Deborah M. Smith, Magistrate Judge
UNITED STATES DISTRICT COURT

Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAMES MILEUR,<br><br>Defendant. | Case No. 3:21-mj-00155-MMS<br><br>**NOTICE OF INTENT TO PROCEED IN THE DISTRICT OF COLUMBIA** |

Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, gives notice of his intent to proceed with his case in the District of Columbia. He will not waive venue under Federal Rule of Criminal Procedure 58(c).

DATED at Anchorage, Alaska this 22nd day of March, 2021.

Respectfully submitted,

*/s/ Ben W. Muse*

Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 22, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*



# UNITED STATES DISTRICT COURT
## District of Alaska

Brian D. Karth, Clerk of Court

| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
|---|---|---|
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |

March 24, 2021

District of Columbia

Re:    Aaron James Mileur
       Our Case Number: 3:21-mj-00155-MMS
       Your Case Number: 1:21-mj-00292-HGM

Dear Clerk:

**<u>Initial Transfer Out</u>**
☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return the original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**<u>Final Transfer Out</u>**
☐ Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

**<u>Transfer In</u>**
☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **<u>only</u>** this defendant.

**<u>Rule 40 Removal Proceedings</u>**
☐ Enclosed please find certified copies of all documents and docket sheet from our court.

**<u>Rule 20</u>**
☒ Enclosed please find the original order transferring case to the District of District of Columbia and a copy of the docket sheet and the entire file.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

BRIAN D. KARTH
CLERK OF COURT

Brenda Kappler, Deputy Clerk